GEORGE J. BERAKA, M.D., Respondent, v DANIELLE BITON et al., Appellants.

Decided October 25, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies in this civil action from the order of the Appellate Term (see NY Const, art VI, § 3 [b]; CPLR 5601).

In the Matter of MICHAEL DIEDERICH, JR., Individually and on Behalf of ALL TAXPAYERS OF THE COUNTY OF ROCKLAND, Appellant, et al., Petitioner, v CHRISTOPHER ST. LAWRENCE, Defendant, and HOLLAND & KNIGHT, LLP, et al., Respondents.

Submitted August 22, 2011; decided October 25, 2011

Motion for reconsideration of this Court's June 28, 2011 dismissal order denied [see 17 NY3d 782 (2011)]. Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

KENNETH ENTLER, Appellant, v ERIC KOCH et al., Defendants, and BOY SCOUTS OF AMERICA, Respondent.

Submitted August 8, 2011; decided October 25, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.